# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-24-00494-CR

---

**William Augustus Bryant, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY**
**NO. 23-1141-K368**
**THE HONORABLE SARAH SOELDNER BRUCHMILLER, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

William Augustus Bryant was charged with possession with intent to deliver between four and two hundred grams of a controlled substance (methamphetamine). *See* Tex. Health & Safety Code §§ 481.102(6), .112(a), (d). Bryant pleaded guilty to the charge, and the jury assessed his punishment at forty years' imprisonment. *See* Tex. Penal Code § 12.32. The trial court rendered its judgment of conviction consistent with the jury's verdict. Bryant appealed his conviction.

Bryant's court-appointed attorney on appeal filed a motion to withdraw supported by an *Anders* brief contending that the appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744-45 (1967). Bryant's court-appointed attorney's brief meets the requirements of *Anders* by presenting a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. *See id.*; *Garner v. State*, 300 S.W.3d 763, 766

(Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 81-82 (1988) (explaining that *Anders* briefs serve purpose of "assisting the court in determining both that counsel in fact conducted the required detailed review of the case and that the appeal is . . . frivolous"). Bryant's counsel represented to the Court that he provided copies of the motion and brief to Bryant; advised Bryant of his right to examine the appellate record, file a pro se brief, and pursue discretionary review following the resolution of the appeal in this Court; and provided Bryant with a form motion for pro se access to the appellate record along with the mailing address of this Court. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). After requesting and receiving a copy of the appellate record, Bryant filed a pro se brief.

We have independently reviewed the record and considered the appellate briefs filed by counsel and Bryant, and we have found nothing that might arguably support the appeal. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766. We agree with counsel that the appeal is frivolous and without merit. Accordingly, we grant counsel's motion to withdraw and affirm the trial court's judgment of conviction.

_____
Karin Crump, Justice

Before Justices Triana, Theofanis, and Crump

Affirmed

Filed: September 11, 2025

Do Not Publish